JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6805

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CONSTANCE SMITH, Revenue Officer,<br><br>    Petitioners,<br><br>v.<br><br>MADISON V. BAKER,<br><br>    Respondent. | NO.<br><br>**VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |

    Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **CONSTANCE SMITH**, allege and petition as follows:

    1.    This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

    2.    Petitioner **CONSTANCE SMITH** is and at all times mentioned herein was an employee and officer of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in §§ 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

    3.    Petitioner **CONSTANCE SMITH** is and at all times mentioned herein was

Verified Petition To Enforce
IRS Summons                   1

attempting in the course of authorized duties to ascertain the assets and liabilities of **MADISON V. BAKER** in order to prepare a Collection Information Statement relative to the collection of certain unpaid tax liabilities of **MADISON V. BAKER**.

4. Petitioner **CONSTANCE SMITH** is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to attempt to ascertain the assets and liabilities of **MADISON V. BAKER**, for purposes of preparing a Collection Information Statement.

5. Respondent **MADISON V. BAKER** last known address is 2818 Valley Center Drive, Santa Rosa, California which is within the venue of this Court.

6. Petitioner **CONSTANCE SMITH** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income, assets and liabilities, and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7. On January 30, 2008, in accordance with law, petitioner **CONSTANCE SMITH** served a summons on respondent **MADISON V. BAKER** in respect to the subject matter described in paragraphs 3, 4, and 6 above, by giving an attested copy of the summons to respondent **MADISON V. BAKER**. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

8. The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the preparation of the Collection Information Statement for **MADISON V. BAKER**. It was and now is essential to completion of petitioner's inquiry regarding the preparation of the Collection Information Statement for **MADISON V. BAKER** that respondent produce the items demanded by said summons.

9. The respondent did not appear on March 19, 2008, as requested in the summons.

10. As of the date of this petition, the respondent has failed to comply with the summons.

11. All administrative steps required by the Internal Revenue Code for issuance of the

Verified Petition To Enforce
IRS Summons                                    2

summons have been taken.

12.    There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A.    That the named respondent herein be ordered to appear and show cause before this Court, if any, why respondent should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summons;

B.    That respondent be ordered by the Court to appear before the petitioner **CONSTANCE SMITH** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summons; and

C.    That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

THOMAS NEWMAN
Assistant United States Attorney

Verified Petition To Enforce
IRS Summons                      3

# Summons

## Collection Information Statement

In the matter of  MADISON V BAKER, 2818 VALLEY CENTER DRIVE, SANTA ROSA, CA 95405-6838
Internal Revenue Service (Identify Division)  SMALL BUSINESS/SELF EMPLOYED
Industry/Area (Identify by number or name)  SB/SE AREA 7 (27)
Periods:  Form 1040 for the calendar periods ending December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003 and December 31, 2004

The Commissioner of Internal Revenue

To:  MADISON V BAKER
At:  2818 VALLEY CENTER DRIVE, SANTA ROSA, CA 95405-6838

You are hereby summoned and required to appear before CONSTANCE SMITH, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From June, 1/2007   To December 31, 2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

777 SONOMA AVENUE ROOM 112, SANTA ROSA, CA 95404  (707) 535-3809

Place and time for appearance: At  777 SONOMA AVENUE ROOM 112, SANTA ROSA, CA 95404

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.4-2005)
Catalog Number 25000Q

on the  19th  day of  March , 2008 at  9:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  23rd  day of  January , 2008

CONSTANCE SMITH  /s/ Smith      REVENUE OFFICER
Signature of Issuing officer              Title

_____          _____
Signature of approving officer (if applicable)     Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date 01/30/2008

Time 11:35 AM

**How Summons Was Served**

☑ I handed an attested copy of the summons to the person to whom it was directed.
MADISON BAKER

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Signature  /s/ Smith

Title  Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature  /s/ Smith

Title  Revenue Officer

Catalog No. 25000Q

Form 6637 (Rev. 4-2005)

## VERIFICATION

I, **CONSTANCE SMITH**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the San Jose, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _MAY 29, 2008_ at Santa Rosa, California.

_/s/ Constance Smith_
**CONSTANCE SMITH**