```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS NEWMAN (CTBN 422187)
Assistant United States Attorney
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6805

Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CONSTANCE SMITH, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> MADISON V. BAKER, <br><br> Respondent. | NO. C08-2739-JSW <br><br> DECLARATION OF KENYATTA WILSON RE PROOF OF SERVICE |

I, Kenyatta Wilson, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a Revenue Officer for the Internal Revenue Service of the United States Department of Treasury.

2. On July 14, 2008, at approximately 10:31 a.m., I personally served a copy of the Verified Petition to Enforce Internal Revenue Service Summons, a copy of the Order To Show Cause Re Enforcement of Internal Revenue Services Summons, and the Case Management Conference Order, together with other documents from the Court, on Madison Baker, at 2818 Valley Center Drive, Santa Rosa, CA 95405-6838.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  30  day of  July , 2008, at  SANTA ROSA California.

KENYATTA WILSON