JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:    (415) 436-6805
 Fax:          (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CONSTANCE SMITH, Revenue Officer, | ) <br> ) CASE NO. 08-2739-JSW <br> ) |
| Petitioners, | ) CASE MANAGEMENT STATEMENT <br> ) |
| v. | ) <br> ) |
| MADISON V. BAKER, | ) <br> ) |
| Respondent. | ) <br> ) |

Defendant the United States of America and plaintiffs submit this Case Management Statement related to the conference scheduled for September 12, 2008.

**1. Jurisdiction and Service**:

Jurisdiction is conferred under 26 U.S.C. §§ 7402 and 7604.  Respondent was served with copies of the Petition, Order to Show Case, and this Court's Standing Order on July 14, 2008.

**2. Facts:**

Respondent was served with an IRS summons on January 30, 2008, seeking financial information related to personal income tax debts from 1999 through 2004.  The summons requested that respondent appear and produce on March 19, 2008, records that would assist the IRS Revenue Officer in collecting the past due taxes.  Respondent failed to appear as requested.  On April 15, 2008, an attorney from the IRS Office of Chief Counsel mailed Respondent a letter

CASE MANAGEMENT STATEMENT
08-cv-2739-JSW                              -1-

1  requesting that she appear and produce the records outlined in the summons on May 15, 2008.
2  Respondent did not appear as requested.  On May 30, 2008, a petition to enforce the summons
3  was filed in this Court.
4        The parties discussed this matter on August 12 and 13, 2008, in preparation of this
5  statement.  The parties further discussed settlement of this matter without the need for an order
6  enforcing the summons, and whether respondent would consent to have a United States
7  Magistrate Judge to decide this matter.
8        Lastly, the parties discussed whether respondent was contesting the propriety of the
9  summons, or if the requested materials could be furnished absent an order by this court.  Ms.
10 Baker stated that she believes that a period of sixty (60) days would be necessary for her to
11 collect the requested information.  Petitioners' counsel does not disagree that this period of time
12 would be appropriate.
13       **3.  Legal Issues**:
14       Petitioners contend that the sole legal issue is whether the summons is enforceable.
15 When seeking the enforcement of a summons the United States must show: (1) that there is a
16 legitimate purpose for the investigation; (2) that the material sought is relevant to that purpose;
17 (3) that the material sought is not already within the IRS's possession; and (4)  that those
18 administrative steps which are required have been satisfied.  <u>United States v. LaSalle National</u>
19 <u>Bank</u>, 400 U.S. at 298 (1978); <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964).  Petitioners
20 contend that these factors are met and the summons is enforceable.
21       As noted above, an IRS Revenue Officer is assigned to collect on respondent's tax debts
22 arising from the 1999-2004 tax years.  The summons was issued exclusively for that purpose.
23 As attested to in the verified petition, each of the above-stated factors are met.  The summons is
24 therefore enforceable.
25       Aside from the legal issues, Petitioners acknowledge that the information may not be
26 readily available to Respondent.  As noted above, Ms. Baker has stated that she may need about
27 sixty (60) days to gather the information that is requested in the summons.  Petitioners agree that
28 this may be an appropriate amount of time to allow her to collect this information.  Ms Baker is

1 | not contesting that the requested information is necessary for the purpose stated in the summons,
2 | but contends that she has provided some information to the IRS previously.  The statements
3 | attributed to Respondent in no way constitute an admission of her liability, or limit her ability to
4 | compromise the taxes owed to the IRS.

**4. Motions**:

Petitioners do not expect to file any motions at this time.  The parties expect to file a stipulation to continue the Order to Show Cause Hearing and Case Management Conference for a period of sixty days.  Petitioners' counsel believes that, should the stipulation be approved by the Court, the parties would likely file a joint stipulation to dismiss prior to the rescheduled hearings.

**5. Amendment of Pleadings**:

Neither party believes the pleadings will be amended.

**6. Initial Disclosures:**

This action is exempt from initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(B)(v).

**7. Discovery:**

Neither party will conduct discovery.  The United States only seeks the information requested in the summons.

**8. Related Cases**:

None.

**9. Relief**:

Petitioners are seeking the information requested in the summons.  Respondent has agreed to provide the information within sixty days.  Thereafter, the parties will stipulate to dismissal of this case.

**10. Settlement and ADR**:

The parties agree that settlement is likely.  The parties believe that they can settle this matter with ninety (90) days.

**11. Consent to Magistrate Judge:**

The United States voluntarily consents to have a United States Magistrate Judge conduct

CASE MANAGEMENT STATEMENT
08-cv-2739-JSW                                            -3-

any and all further proceedings in the case, including trial, and order the entry of a final judgment as provided in 28 U.S.C. § 636(c).

Respondent has been mailed a copy of a form consent to proceed before a United States Magistrate Judge.

**12. Narrowing of the Issues:**

The issues in this case are sufficiently narrow.

**13. Scheduling:**

(1) currently a hearing on the Order to Show Cause and the Case Management Statement are scheduled for September 12, 2008;

(2) Petitioners suggests, based on respondent's statement that she would need sixty days to comply with any Order enforcing the summons, that the hearing scheduled be continued to a mutually agreeable time sixty days from September 12, 2008; granting such a continuance would allow the parties additional time to resolve this themselves;

(3) Alternatively, because both parties will consent to referral of this case to a United States Magistrate Judge, if the matter were rescheduled after reassign if this Court were inclined to refer the case.

**14. Trial:**

No trial in this case is necessary.

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

/s/ *Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

/s/ *Madison V Baker*
Madison V. Baker

CASE MANAGEMENT STATEMENT
08-cv-2739-JSW                              -4-