FILED
08 SEP -2 PM 3:37

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CONSTANCE SMITH, Revenue Officer, | ) CASE NO. 08-2739-JSW |
| Petitioners, | ) CONSENT TO PROCEED BEFORE ) A UNITED STATES MAGISTRATE |
| v. | ) JUDGE |
| MADISON V. BAKER, | ) |
| Respondent. | ) |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: 8-20-2008

MADISON V. BAKER

*Magistrate Consent*
Case No. 08-cv-2739-JSW