**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICAN and
CONSTANCE SMITH, Revenue Officer,

    Petitioner,

v.

MADISON V. BAKER,

    Respondent.

No. C 08-02739 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings. The order to show cause hearing and the status conference set for September 12, 2008 at 9:00 a.m. are HEREBY VACATED and shall be reset, if necessary, by the assigned Magistrate Judge. Plaintiffs' counsel shall serve this order upon Defendant and e-file proof of such service.

**IT IS SO ORDERED.**

Dated: September 3, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom