JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-6805
 Fax:         (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and CONSTANCE SMITH, Revenue Officer,** ) | ) **CASE NO. 08-2739-JSW** |
| ) | ) |
| **Petitioners,** ) | ) **CERTIFICATE OF SERVICE** |
| ) | ) |
| v. ) | ) |
| ) | ) |
| **MADISON V. BAKER,** ) | ) |
| ) | ) |
| **Respondent.** ) | ) |

The undersigned hereby certifies that I served by First Class Mail a copy of the Court's September 3, 2008 Order Referring this Case to a United States Magistrate Judge, on September 3, 2008, as follows:

> Madison Baker
> 2818 Valley Center Drive
> Santa Rosa, CA 95405

> Respectfully submitted,
> JOSEPH P. RUSSONIELLO
> United States Attorney

> */s/ Thomas M. Newman*
> THOMAS M. NEWMAN
> Assistant United States Attorney
> Tax Division

*Certificate of Service*
08-cv-2739-JSW                               -1-