IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CONSTANCE SMITH, Revenue Officer, | ) ) ) CASE NO. 08-2739-JCS |
| Petitioners, | ) ) ORDER |
| v. | ) ) |
| MADISON V. BAKER, | ) ) |
| Respondent. | ) ) |

In accordance with the parties' stipulation, the Case Management Conference is continued until January 16, 2009, at 1:30 a.m.

IT IS SO ORDERED.

Dated: November 7, 2008



Stipulation & Proposed Order
08-cv-2739-JCS                                    -3-