JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone: (415) 436-6805
 Fax: (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CONSTANCE SMITH, Revenue Officer, | CASE NO. 08-2739-JSW |
| Petitioners, | STIPULATION TO DISMISS AND ~~PROPOSED~~ ORDER |
| v. | |
| MADISON V. BAKER, | |
| Respondent. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties stipulate to dismissal of the above-titled action without prejudice.

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

/s/ Madison Baker
Madison V. Baker
Respondent

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CONSTANCE SMITH, Revenue Officer, | ) ) CASE NO. 08-2739-JCS |
| Petitioners, | ) ) ORDER |
| v. | ) ) |
| MADISON V. BAKER, | ) ) |
| Respondent. | ) ) |

In accordance with the parties' stipulation, this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: __12/1__, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

**Order Dismissing Case**
**08-cv-2739-JCS**                   -1-